**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | **:** | **CHAPTER 13** |
| **PAULA MELISSA BICKERS** | **:** | **CASE NUMBER A10-71333-WLH** |
| **DEBTOR** | **:** | **JUDGE HAGENAU** |

**TRUSTEE'S SUPPLEMENTAL REPORT**
**FOLLOWING CONFIRMATION HEARING**

**Nancy J. Whaley, Standing Chapter 13 Trustee will report back in ten (10) days following the Confirmation Hearing held on June 30, 2010:**

As to whether Debtor's plan payments are current

As to whether Debtor provided proof of mortgage payments

**The Trustee has reviewed the case as instructed, and:**

The Trustee Recommends Dismissal because:

Debtor's plan payments remain delinquent

Debtor has failed to provide proof of post-petition mortgage payments

*Please enter an Order of Dismissal.*

      This the 20th day of July, 2010

          ___/s/_____
          Eric W. Roach
          Attorney for Chapter 13 Trustee
          GA. Bar No. 143194
          303 Peachtree Center Ave., NE, Suite 120
          Atlanta, GA  30303
          (678) 992-1201

/scw

**CASE NO. A10-71333-WLH**

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served

Debtor(s):
Paula Melissa Bickers
765 Winbrook Drive
McDonough, GA 30253

Attorney for Debtor(s):
Sampson-Roberts & Associates
1233-B Eagles Landing Parkway
Stockbridge, GA 30281

the Trustee's Supplemental Report by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This the 20th day of July, 2010

__/s/_____
Eric W. Roach
Attorney for Chapter 13 Trustee
GA. Bar No. 143194
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201