UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| | * | |
| PAULA MELISSA BICKERS | * | |
| | * | CASE NUMBER 10-71333-WLH |
| | * | |
| DEBTOR. | * | JUDGE WENDY L. HAGENAU |

## MOTION TO RECONSIDER ORDER OF DISMISSAL

COME NOW DEBTOR, PAULA MELISSA BICKERS, by and through her attorney, and files this MOTION TO RECONSIDER ORDER OF DISMISSAL, and shows the Court the following:

1.

The Debtor filed a Petition constituting an Order for Relief under Title 11 U.S.C. Chapter 13 on April 15, 2010.

2.

The Debtor is the subject of the jurisdiction of this court. This Motion is a core proceeding under 11 U.S.C. section 157.

3.

The 341 meeting of creditors was held on May 27, 2010, with a confirmation date of June 30, 2010.

4.

On or about June 14, 2010, the Chapter 13 Trustee, Nancy J. Whaley, filed an Objection to Confirmation of Plan and Request for Dismissal of Case.

5.

On or about June 28, 2010, the Attorney for the Debtor, Lisa Sampson-Roberts, Amended the Chapter 13 Plan, Schedule I, and Schedule J.

6.

On or about July 20, 2010, the Chapter 13 Trustee, Nancy J. Whaley, filed a Supplemental Objection to Confirmation of Plan

7.

On or about July 21, 2010, the Debtor's Case was dismissed by the Court for failure to make plan payments.

8.

On or about July 22, 2010, the Attorney for the Debtor, Lisa Sampson-Roberts, filed an Order for Debtor's Employer to Deduct Payments.

9.

By this Motion, the Debtor is requesting that this Court reconsider the Order of Dismissal entered July 21, 2010 and allow the Debtor to complete their plan and obtain a discharge.

WHEREFORE, Debtor respectfully requests that this Court reconsider the Dismissal Order entered July 21, 2010 and reopen this case.

**This 30th day of July, 2010.**

Respectfully Submitted,
s/_____
**Lisa Sampson-Roberts**
ATTORNEY FOR DEBTOR
Ga Bar No. 609270

**Sampson-Roberts and Associates**
**1233-B Eagles Landing Parkway**
**Stockbridge, GA 30281**
**678-565-9311**

STATE OF GEORGIA
HENRY COUNTY

DECLARATION UNDER PENALTY OF PERJURY

I (We) declare under penalty of perjury that I (We) have read the foregoing pleading and that it is true and correct to the best of my (our) knowledge, information and belief.

Date:___07/31/10_____          Signed:/s/_____
                                                              **PAULA MELISSA BICKERS**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| | * | |
| PAULA MELISSA BICKERS | * | |
| | * | CASE NUMBER 10-71333-WLH |
| | * | |
| DEBTOR. | * | JUDGE WENDY L. HAGENAU |

### Notice of Hearing

PLEASE TAKE NOTICE that the above Debtor has filed a **Motion to Reconsider Order of Dismissal** dated July 30, 2010.

PLEASE TAKE NOTICE that the Court will hold a hearing on Debtor's Motion To Vacate Dismissal Order in **Courtroom 1403, U.S. Courthouse, 75 Spring Street, Atlanta, Georgia at 10:00am on September 1, 2010.**

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The Clerk's office address is U.S. Bankruptcy Court, Suite 1340, 75 Spring Street, Atlanta, GA 30303. You must also mail a copy of your response to the undersigned at the address stated below.

**This 30th day of July, 2010.**

Respectfully Submitted,

s/ Lisa Sampson-Roberts
Lisa Sampson-Roberts
Ga Bar. No. 609270

**SAMPSON-ROBERTS & ASSOCIATES**
1233-B Eagles Landing Pkwy.
**Stockbridge, GA 30281**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| | * | |
| PAULA MELISSA BICKERS | * | |
| | * | CASE NUMBER 10-71333-WLH |
| | * | |
| DEBTOR. | * | JUDGE WENDY L. HAGENAU |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the attached Exhibit 'A' and the following with a copy of the foregoing **Motion to Reconsider Order of Dismissal** and **Notice of Hearing** by depositing a copy with sufficient postage attached hereto in the United States Regular Mail.

Paula Melissa Bickers
765 Winbrook Drive
McDonough, Georgia 30253

Nancy J. Whaley, 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, Georgia 30303

Respectfully Submitted,

s/_____
**Lisa Sampson-Roberts**
ATTORNEY FOR DEBTOR
Ga Bar No. 609270

Sampson-Roberts and Associates
1233-B Eagles Landing Parkway
Stockbridge, GA 30281
678-565-9311

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 10-71333-wlh<br>Northern District of Georgia<br>Atlanta<br>Fri Jul 30 15:32:09 EDT 2010 | U.S. Bank, N.A.<br>c/o Barrett Daffin & Frappier, LLP<br>15000 Surveyor Blvd., Ste. 100<br>Addison, TX 75001-4417 | Atlanta Division<br>1340 Russell Federal Building<br>75 Spring Street, SW<br>Atlanta, GA 30303-3315 |
| American Express<br>c/o Trauner, Cohen & Thomas<br>5901-C Ptree Dunwoody Rd 500<br>Atlanta, GA 30328 | American Express Bank, FSB<br>POB 3001<br>Malvern, PA 19355-0701 | (p)CHRYSLER FINANCIAL<br>27777 INKSTER RD<br>FARMINGTON HILLS MI 48334-5326 |
| Chrysler Financial Services Americas LLC<br>c/o Shermeta, Adams & Von Allmen, P.C.<br>P.O. Box 80908<br>Rochester Hills, MI 48308-0908 | (p)DELTA COMMUNITY CREDIT UNION<br>PO BOX 20541<br>ATLANTA GA 30320-2541 | Delta Credit Union<br>P.O. Box 20541<br>Atlanta, GA 30320-2541 |
| HSBC Card Services<br>P.O. Box 81622<br>Salinas, CA 93912-1622 | Limited Too<br>P.O. Box 182125<br>Columbus, OH 43218-2125 | National Default Servicing Corporation<br>7720 N. 16th Street<br>Suite 300<br>Phoenix, AZ 85020-7404 |
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Sylvan Learning Center<br>3797 Hwy 138<br>Ste K<br>Stockbridge, GA 30281-4122 | Target National Bank<br>P.O. Box 59317<br>Minneapolis, MN 55459-0317 |
| US Bank Home Mortgage<br>4801 Frederica Street<br>Owensboro, KY 42301-7441 | eCAST Settlement Corporation, assignee<br>of HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark, NJ 07193-5480 | Lisa Sampson-Roberts<br>Sampson-Roberts and Associates, P.C.<br>1233-B Eagles Landing Parkway<br>Stockbridge, GA 30281-6399 |
| Nancy J. Whaley<br>Nancy J. Whaley, 13 Trustee<br>Suite 120<br>303 Peachtree Center Avenue<br>Atlanta, GA 30303-1286 | Paula Melissa Bickers<br>765 Winbrook Drive<br>Mcdonough, GA 30253-8038 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chrysler Financial<br>P.O. Box 9001921<br>Louisville, KY 40290 | (d)Chrysler Financial Services Americas LLC<br>Chapter 13 Trustee Payment Processing<br>P.O. Box 9001897<br>Louisville, KY 40290-1897<br>(800) 700-5360 | Delta Community Credit Union<br>P.O. Box 20541<br>Atlanta, GA 30320 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Chrysler Financial Services Americas LLC
c/o Shermeta, Adams & Von Allmen, P.C.
P.O. Box 80908
Rochester Hills, MI 48308-0908

End of Label Matrix
Mailable recipients   19
Bypassed recipients    1
Total                 20