IN THE UNITED STATES BANKRUPTCY COURT
OF THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| | * | |
| PAULA MELISSA BICKERS | * | |
| | * | CASE NUMBER 10-71333-WLH |
| | * | |
| DEBTOR. | * | JUDGE WENDY L. HAGENAU |

_____

### WITHDRAWAL OF MOTION TO RECONSIDER ORDER OF DISMISSAL AND NOTICE OF HEARING, DOCKET NUMBER 26

COMES NOW DEBTOR, **Paula Melissa Bickers** and withdraws the Motion to Reconsider Order of Dismissal and Notice of Hearing, Docket Number 26 that was filed on July 30, 2010.

This 3rd day of September 2010.

Respectfully Submitted,

s/ Lisa Sampson-Roberts
Lisa Sampson-Roberts
Ga Bar. No. 609270

**SAMPSON-ROBERTS & ASSOC IATES**
**1233-B Eagles Landing Pkwy.**
**Stockbridge, GA 30281**
**678-565-9311**

IN THE UNITED STATES BANKRUPTCY COURT
OF THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| | * | |
| PAULA MELISSA BICKERS | * | |
| | * | CASE NUMBER 10-71333-WLH |
| | * | |
| DEBTOR. | * | JUDGE WENDY L. HAGENAU |

_____

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served the parties on the attached Exhibit 'A' and the following with a copy of the foregoing **Withdrawal of Motion to Reconsider Order of Dismissal and Notice of Hearing** by depositing a copy with sufficient postage attached hereto in the United States Regular Mail.

Paula Melissa Bickers
765 Winbrook Drive
McDonough, Georgia 30253

Nancy J. Whaley, 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, Georgia 30303

This 3rd day of September 2010.

Respectfully Submitted,

s/_____
Lisa Sampson-Roberts
ATTORNEY FOR DEBTOR
Ga Bar No. 609270

**Sampson-Roberts and Associates**
**1233-B Eagles Landing Parkway**
**Stockbridge, GA 30281**
**678-565-9311**